**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

| | |
|---|---|
| Appellate case name: | Andrew Hayward Jackson, Jr. v. Fort Bend County, Fort Bend County Drainage District, Fort Bend County Emergency Service District No. 7, Fort Bend County Fresh Water Supply District No. 01, Fort Bend County General Fund, and Fort Bend County Independent School District |
| Appellate case number: | 01-22-00880-CV |
| Trial court case number: | 21-DCV-282688 |
| Trial court: | 240th District Court of Fort Bend County |

Appellant, Andrew Hayward Jackson, Jr., filed a notice of appeal from the trial court's October 25, 2022 final judgment. On December 19, 2022, appellant filed a "Motion for Leave to Proceed In Forma Pauperis," requesting that he be permitted to proceed on appeal without payment of costs. Appellant's motion does not state whether he was permitted to proceed without payment of costs in the trial court; nor does appellant's motion reflect that he filed an affidavit of indigence or Statement of Inability to Pay Costs in the trial court. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1(b).

Appellant's motion filed with this Court similarly does not include a Statement of Inability to Pay Costs, or any other evidence of indigency. *See* TEX. R. APP. P. 20.1(c). Absent evidence that appellant was permitted to proceed without payment of costs in the trial court, or a completed Statement of Inability to Pay Costs, we are unable to determine whether appellant should be permitted to proceed in forma pauperis on appeal.

Accordingly, appellant's "Motion for Leave to Proceed In Forma Pauperis" is **denied**. However, this order does not prevent appellant from re-filing his request to proceed without payment of costs along with (1) evidence that he was permitted to proceed without payment of costs in the trial court, or (2) a completed Statement of Inability to Pay Costs, establishing his indigency. *See* TEX. R. APP. P. 20.1(b), (c).

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____
                        ☑ Acting individually   ☐ Acting for the Court

Date: ___January 5, 2023_____